**Order entered February 22, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00075-CR
No. 05-13-00082-CR
No. 05-13-00093-CR

**RONALD CHESTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-24689-S, F09-61864-S, F12-81023-S**

## ORDER

The Court **GRANTS** counsel's February 15, 2013 motion to withdraw and substitute counsel.

We **ORDER** the Clerk of the Court to remove Catherine Clare Bernhard as appellant's counsel and substitute Katherine Drew, Dallas County Public Defender's Office, as counsel for appellant on these appeals.

We **ORDER** the Clerk of the Court to send a copy of this order to Ronald Chester, Booking No. 12074854, Dallas County Jail, P.O. Box 660334, Dallas, Texas, 75266-0334.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE